Submitted on record and appellant's brief September 21, remanded with directions October 4, 1976

STATE OF OREGON, *Respondent,*
*v.*
DONALD FRANK YOST, *Appellant.*
(No. C 75-03-0655 Cr, CA 6556)

554 P2d 545

Gary D. Babcock, Public Defender, and Robert C. Cannon, Deputy Public Defender, Salem, filed the brief for appellant.

Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Fort and Tanzer, Judges.

PER CURIAM

## PER CURIAM

The state confesses error. Defendant was originally sentenced to five years for burglary, with execution of sentence suspended. His probation was later revoked after commission and conviction of a subsequent crime. The trial court thereupon ordered that the original sentence be served *consecutive* to the subsequent sentence. Such an order was not permissible under the facts of this case. *State v. Stevens,* 253 Or 563, 456 P2d 494 (1969); *State v. Manrique,* 24 Or App 309, 545 P2d 603 (1976).

Remanded for entry of an appropriate order.